IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARLANDER TAYLOR, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:10-cv-00027-RRA |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

This case comes before the court on the motion of the plaintiff to dismiss this matter. (Doc. 16.)  The basis for the motion is that the remaining parties have resolved this matter. Upon due consideration, the motion is GRANTED, and this case is DISMISSED, with prejudice, costs taxed as paid.

DONE and ORDERED this 2nd day of September, 2010.

*Robert R. Armstrong*
Robert R. Armstrong, Jr.
United States Magistrate Judge